

Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio

★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00112-CR

Joshua P. **RODRIGUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 262946
Honorable Monica E. Guerrero, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
            Karen Angelini, Justice
            Marialyn Barnard, Justice

Delivered and Filed:   June 24, 2009

DISMISSED

Appellant's attorney has filed a motion to dismiss this appeal by withdrawing appellant's notice of appeal. Although the motion is not signed by appellant, *see* TEX. R. APP. P. 42.2(a), appellant stated on the record at a hearing held on May 4, 2009, that he did not want to appeal. The motion is granted, and this appeal is dismissed. *See id.*

PER CURIAM

DO NOT PUBLISH